

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

| | |
|---|---|
| A.E. Nelson Jr., d/b/a Nelson Farm & Ranch Properties, and First Texas Title Company, LLC, | * From the 350th District Court of Taylor County Trial Court No. 10811-D. |
| Vs. No. 11-17-00307-CV | * November 30, 2017 |
| McCall Motors, Inc., | * Per Curiam Memorandum Opinion (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.) |

This court has considered First Texas Title Company, LLC's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed in part—as to First Texas Title Company, LLC. The costs incurred by reason of the dismissed portion of this appeal are taxed against First Texas Title Company, LLC.